## NANCY P. TYLER *v.* RICHARD J. TYLER
## (AC 31593)

DiPentima, C. J., and Robinson and Borden, Js.

Argued November 17—officially released December 7, 2010

Per Curiam. The judgment is affirmed.

## SUZANNE NOWACKI *v.* MICHAEL NOWACKI
## (AC 32075)

Harper, Alvord and Schaller, Js.

Argued November 30—officially released December 21, 2010

Per Curiam. The judgment is affirmed.

## BONNIE NICHOLS *v.* CITY OF BRIDGEPORT ET AL.
## (AC 30975)

Gruendel, Harper and Foti, Js.

Argued November 30—officially released December 21, 2010

Per Curiam. The judgment is affirmed.